# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | | |
|---|---|---|
| NEW YORK LEGAL ASSISTANCE GROUP, | ) | |
| *Plaintiff-Appellant,* | ) | |
| v. | ) | No. 21-888 |
| MIGUEL A. CARDONA, in his official capacity as Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | ) | |
| *Defendants-Appellees.* | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE TO REINSTATEMENT

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by December 1, 2023. The time tolled under LR 31.2, if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Dated: March 15, 2023

Respectfully submitted,

*[signature]*

Adam R. Pulver
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Appellant*


DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*

TOMOKO ONOZAWA
BENJAMIN H. TORRANCE
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2721

*Counsel for Appellees*