# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-three,

_____

| | |
|---|---|
| New York Legal Assistance Group, | **ORDER** <br> Docket No. 21-888 |
|     Plaintiff-Appellant, | |
| v. | |
| Miguel A. Cardona, in his official capacity as Secretary of Education, and United States Department of Education, | |
|     Defendants-Appellees. | |

_____

      The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

      The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Second Circuit Court of Appeals]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*[Signature: Catherine O'Hagan Wolfe]*
*[Seal: United States Second Circuit Court of Appeals]*

CERTIFIED COPY ISSUED ON 03/16/2023