**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

August 9, 2023

**By ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *New York Legal Assistance Group v. Cardona*, No. 21-888

Dear Ms. Wolfe:

    We represent Appellant in the above-captioned matter. On March 15, 2023, the parties filed a stipulation pursuant to Local Rule 42.1 withdrawing the appeal without prejudice, which was so-ordered on March 16, 2023. We write timely to reinstate the above-captioned appeal pursuant to Local Rule 42.1.

    As the matter has been fully briefed, we request the appeal be restored to the argument calendar.

                              Respectfully submitted,

                              /s/ Adam R. Pulver
                              Adam R. Pulver
                              Counsel for Appellant

cc: All counsel of record (by CM/ECF)