UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of August, two thousand twenty-three,

_____

New York Legal Assistance Group,

   Plaintiff-Appellant,

v.

Miguel A. Cardona, in his official capacity as Secretary of Education, and United States Department of Education,

   Defendants-Appellees.

_____

**ORDER**
Docket No. 21-888

  This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

  Counsel for the appellant New York Legal Assistance Group has submitted a timely notice of reinstatement.

  IT IS HEREBY ORDERED that the appeal is reinstated.

        For The Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

