

**U.S. Department of Justice**

*United States Attorney  
Southern District of New York*

---

*86 Chambers Street  
New York, New York 10007*

<u>By ECF</u>  August 10, 2023

Catherine O'Hagan Wolfe  
Clerk of Court  
United States Court of Appeals for the Second Circuit  
40 Foley Square  
New York, New York 10007

    Re:   *New York Legal Assistance Group v. Cardona*, Docket No. 21-888

Dear Ms. Wolfe:

    This Office represents defendants-appellees in the above-named appeal, and I am the Assistant United States Attorney assigned as counsel of record. I am writing to inform the Court of additional dates on which I will be unavailable for oral argument. I request that the argument of this appeal not be scheduled for the following dates:

    August 22, 2023; August 25, 2023; August 28–September 6, 2023; September 8, 2023; September 21, 2023; September 25, 2023; September 27, 2023; September 29, 2023; October 6, 2023; October 20, 2023; November 2, 2023; November 7, 2023; November 17, 2023; November 22, 2023; and December 21, 2023–January 5, 2024.

    Thank you very much for your consideration.

                                 Respectfully,

                                   DAMIAN WILLIAMS  
                                 United States Attorney

           By:    <u>/s/ Tomoko Onozawa</u>  
                  TOMOKO ONOZAWA  
                  Assistant United States Attorney  
                  Telephone: (212) 637-2721  
                  E-mail: tomoko.onozawa@usdoj.gov

cc:    All Counsel of Record (via ECF)