**PUBLIC CITIZEN LITIGATION GROUP**
1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

August 10, 2023

**By ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *New York Legal Assistance Group v. Cardona*, No. 21-888

Dear Ms. Wolfe:

I write to update the Court regarding availability for oral argument on behalf of Appellant in this case. Counsel for Appellant is unavailable for oral argument on the following dates:

- September 25, 2023
- October 19–November 8, 2023
- November 22, 2023
- November 24, 2023
- April 3–10, 2024

Should these dates change, I will promptly inform the Court.

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver
Counsel for Appellant

cc: All counsel of record (by CM/ECF)