# PUBLIC CITIZEN LITIGATION GROUP

1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

November 14, 2023

**By ECF**

Hon. Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *New York Legal Assistance Group v. Cardona*, No. 21-888
Oral Argument Scheduled December 11, 2023

Dear Ms. Wolfe:

Plaintiff-Appellant writes to advise the Court of the relevant decision in *Massaro v. Palladino*, 19 F.4th 197 (2d Cir. 2021), which was decided after briefing was completed in this appeal.

In *Massaro*, the Court held that a district court's summary judgment order and accompanying judgment were final and appealable under 28 U.S.C. § 1291, even though that order did not resolve all of the plaintiff's claims. In giving a "practical rather than a technical construction to section 1291," the Court relied on the facts that the parties and the district court "all understood the judgment to be the final decision on the merits as to all of the claims raised," that "the district court terminated all outstanding motions and ordered the case closed," and, "most importantly, there was nothing left for the district court to decide that would have affected the respective positions of the parties." 19 F.4th at 208–09 (citations and marks omitted).

These same factors indicate that the district court's judgment in this case was final, despite the presence of the word "remand" in the judgment. In April 2021, the district court reached not only a final conclusion on the merits, but a final, albeit erroneous, conclusion as to remedy, and ordered the case closed. *See* Appellants' Br. 5–7; Reply Br. 3–13. As in *Massaro*, "there was nothing left the district court to decide." 19 F.4th at 209.

Respectfully submitted,

/s/ Adam R. Pulver
Adam R. Pulver
Counsel for Appellant

cc: All counsel of record (by CM/ECF)