# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of September, two thousand twenty-five.

PRESENT:
        GUIDO CALABRESI,
        JOSÉ A. CABRANES,
        JOSEPH F. BIANCO,
            *Circuit Judges*
_____

New York Legal Assistance Group,

        Plaintiff-Appellant,

        v.

Linda E. McMahon, in her official capacity as Secretary of Education, and the United States Department of Education,

        Defendants-Appellees.*

_____

**ORDER**
Docket No. 21-888-cv

IT IS ORDERED that parties shall file supplemental letter briefs addressing the effect of the district court's order and amended judgment entered on March 20, 2025, *see* No. 20-cv-1414 (LGS), ECF No. 109 (S.D.N.Y. March 20, 2025), on this reinstated appeal. The letter briefs, of no more than ten double-spaced pages, shall be filed on or before September 25, 2025.

FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk of Court

---

* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Linda E. McMahon is automatically substituted for Miguel A. Cardona as a defendant.