# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-five.

PRESENT:
        GUIDO CALABRESI,
        JOSÉ A. CABRANES,
        JOSEPH F. BIANCO,
            *Circuit Judges*

———————

New York Legal Assistance Group,

    Plaintiff-Appellant,

v.

Linda E. McMahon, in her official capacity as Secretary of Education, and the United States Department of Education,

    Defendants-Appellees.*

**ORDER**
Docket No. 21-888-cv

———————

The Court received the parties' supplemental briefing on September 25, 2025. IT IS ORDERED that Plaintiff-Appellant New York Legal Assistance Group shall file a supplemental letter brief responding to the Government's argument that the recent codification of 84 Fed. Reg. 49,788 (Sept. 23, 2019) (the "2019 Rule"), through the enactment of Pub. L. No. 119-21, 139 Stat. 72, renders this reinstated appeal moot. The letter brief, of no more than five double-spaced pages, shall be filed on or before October 17, 2025.

        FOR THE COURT:
        Catherine O'Hagan Wolfe,
        Clerk of Court

---

\* Pursuant to Federal Rule of Appellate Procedure 43(c)(2), Linda E. McMahon is automatically substituted for Miguel A. Cardona as a defendant.