

U.S. Department of Justice

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, New York 10007*

<u>By electronic filing</u>　　　　　　　　　　　　　October 22, 2025

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York  10007

　　　Re:　*N.Y. Legal Assistance Group v. McMahon*, 21-888
　　　　　Before Judges Calabresi, Cabranes, and Bianco

Dear Ms. Wolfe:

　　This Office represents defendants-appellees (the "government") in the above-named appeal. Earlier today, the Court issued an order directing the government to file a supplemental brief on or before October 31, 2025. However, at this time, the appropriations funding both the Department of Justice and the Department of Education have lapsed. In response, this Court issued a general order on October 1, 2025, tolling the government's deadlines for the duration of the lapse (plus two business days) in all cases except those designated "expedited" by a Court order.

　　This case has not been ordered expedited, and the lapse in appropriations has resulted in the furloughs of several government personnel who have been involved in this litigation and whom government counsel would consult in preparing the supplemental brief. For those reasons, the government respectfully requests that the Court clarify that the October 1 tolling order applies to the deadline set today by the panel in this case.

　　Thank you for your consideration.

　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　JAY CLAYTON
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　/s/ Benjamin H. Torrance
　　　　　　　　　　　　　　　　　BENJAMIN H. TORRANCE
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　Telephone: 212.637.2703
　　　　　　　　　　　　　　　　　E-mail: benjamin.torrance@usdoj.gov

cc:　counsel (by electronic filing)