# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of October, two thousand twenty-five.

Before:     Guido Calabresi,
               José A. Cabranes,
               Joseph F. Bianco,
                   *Circuit Judges.*

---

New York Legal Assistance Group,

       Plaintiff-Appellant,

v.

Linda E. McMahon, in her official capacity as Secretary of Education, and United States Department of Education,

       Defendants-Appellees.

**ORDER**

Docket No. 21-888

---

The government requests that the Court clarify that the Chief Judge's October 1, 2025 tolling order applies to the deadline set by the panel in this case.

IT IS HEREBY ORDERED that the Chief Judge's October 1, 2025 tolling order applies to the deadline in this case.

                                                    For the Court:
                                                    Catherine O'Hagan Wolfe,
                                                    Clerk of Court